**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | *Spinnaker Vero, Inc.* |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | *DBA  Minuteman Press* <br> *DBA  Spinnaker Vero* |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | *26-0236768* |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| *983 12th Street* <br> *Vero Beach, FL 32960* <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| *Indian River* <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    *minuteman.com*

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Spinnaker Vero, Inc.**
Name                                                                    Case number (*if known*)

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____*3231*_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor  **Spinnaker Vero, Inc.**                                Case number (*if known*) _____
        Name

List all cases. If more than 1,          Debtor  **See Attachment**                  Relationship _____
attach a separate list                   District _____ When _____  Case number, if known _____

---

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Spinnaker Vero, Inc.**
_____Name_____        Case number (*if known*) _____

| | |
|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 28, 2026**
_____
MM / DD / YYYY

**X** **/s/ Steven Brunk**
_____
Signature of authorized representative of debtor

**Steven Brunk**
_____
Printed name

Title    **President**
_____

**18. Signature of attorney**

**X** **/s/ Dana Kaplan**
_____
Signature of attorney for debtor

Date    **May 28, 2026**
_____
MM / DD / YYYY

**Dana Kaplan 44315**
_____
Printed name

**Kelley Kaplan Delaney & Eller, PLLC**
_____
Firm name

**1665 Palm Beach Lakes Blvd**
**The Forum - Suite 1000**
**West Palm Beach, FL 33401**
_____
Number, Street, City, State & ZIP Code

Contact phone    **561-491-1200**    Email address    **dana@kelleylawoffice.com**

**44315 FL**
_____
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Debtor    **Spinnaker Vero, Inc.**
Name                                                            Case number (*if known*)

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (*if known*) _____    Chapter ___11___

☐ Check if this is an
amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | |
|---|---|---|
| Debtor | **Spinnaker Jupiter, Inc.** | Relationship to you |
| District | When | Case number, if known | *n/a* |
| Debtor | **Spinnaker Melbourne Inc.** | Relationship to you |
| District | When | Case number, if known | *n/a* |
| Debtor | **Spinnaker PSL, Inc.** | Relationship to you |
| District | When | Case number, if known | *n/a* |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

**Fill in this information to identify the case:**

Debtor name      *Spinnaker Vero, Inc.*

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *May 28, 2026*          X */s/ Steven Brunk*
                                        Signature of individual signing on behalf of debtor

                                        *Steven Brunk*
                                        Printed name

                                        *President*
                                        Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name   **Spinnaker Vero, Inc.**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| *Accelerated Business Solutions 2991 Center Port Circle Pompano Beach, FL 33064* | | *Vendor* | | | | *$35,816.53* |
| *American Express P.O. Box 6031 Carol Stream, IL 60197* | | *Credit Card* | | | | *$35,641.58* |
| *B.W. Wilson 2501 Brittons Hill Road Richmond, VA 23230* | | *Vendor* | | | | *$66,737.36* |
| *Bank of America PO BOX 15796 Wilmington, DE 19886* | | *Line of Credit* | | | | *$55,801.77* |
| *Canon Financial Services, LLC PO Box 4004 Carol Stream, IL 60197-4004* | *flsosuccfilingsv3@csglobal.com* | *Canon C710* | | *$35,860.00* | *$0.00* | *$35,860.00* |
| *Canon Financial Services, LLC PO Box 4004 Carol Stream, IL 60197-4004* | *flsosuccfilingsv3@csglobal.com* | *Canon C265 and Canon TX4100MFP236 Multifunction system* | | *$128,800.00* | *$0.00* | *$128,800.00* |
| *Canon Financial Services, LLC PO Box 4004 Carol Stream, IL 60197-4004* | *sosack@uccdirect.com* | *Canon C270* | | *$73,075.00* | *$0.00* | *$73,075.00* |

Debtor    **Spinnaker Vero, Inc.**                                         Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital Infusion Direct, LLC 1111 Brickell Ave, Suite 2150 Miami, FL 33131** | *legaldocs@dfogelpc.com* | **All business assets.** | **Contingent Unliquidated Disputed** | $38,249.37 | $0.00 | $38,249.37 |
| **Geoff Krysl 707 Shore Drive Vero Beach, FL 32963** | | **Loan** | | | | $100,000.00 |
| **Itria Ventures LLC 1 Penn Plaza, Suite 4915 New York, NY 10119** | | **All business assets** | **Contingent Unliquidated Disputed** | $90,775.00 | $0.00 | $90,775.00 |
| **Kapitus Funding 2500 Wilson Boulevard, Suite 350 Arlington, VA 22201** | | **All business assets** | **Contingent Unliquidated Disputed** | $142,512.50 | $0.00 | $142,512.50 |
| **Leaf Capital Funding 2005 Market Street, 14th Floor Philadelphia, PA 19103** | *uccfilingreturn@wolterskluwer.com* | **Screen printing equipment** | **Contingent Unliquidated Disputed** | $186,165.70 | $0.00 | $186,165.70 |
| **Leaf Capital Funding 2005 Market Street, 14th Floor Philadelphia, PA 19103** | *uccfilingreturn@wolterskluwer.com* | **Cannon Image runner Advance DX 69701 System SN:3ME00760** | | $58,000.00 | $0.00 | $58,000.00 |
| **Loan Builder, a Paypal Service c/o Bill Me Later, Inc 2211 North First Street San Jose, CA 95131** | *customerservice@loanbuilder.com* | **All business assets** | **Contingent Unliquidated Disputed** | $106,246.88 | $0.00 | $106,246.88 |
| **Newtek Small Business Finance, Inc. 1981 Marcus Avencue, Suite 130 New Hyde Park, NY 11042** | | **All business assets** | **Contingent Unliquidated Disputed** | $2,920,328.60 | $0.00 | $2,920,328.60 |
| **On Deck Capital, LLC 4700 W. Daybreak Pkwy., Ste. 200 South Jordan, UT 84009** | | **All business assets** | **Contingent Unliquidated Disputed** | $57,964.36 | $0.00 | $57,964.36 |
| **Paypal Working Capital 2211 N 1st St Ragland, AL 35131** | | **All business assets** | **Contingent Unliquidated Disputed** | $49,000.00 | $0.00 | $49,000.00 |

Debtor   **Spinnaker Vero, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rapid Financial Services, LLC 4500 East West Highway, 6th Floor Bethesda, MD 20814** | | **All business assets** | **Contingent Unliquidated Disputed** | **$138,000.00** | **$0.00** | **$138,000.00** |
| **U.S. Small Business Association SBA Administrator Isabella Casillas Guzman 409 3rd St SW Washington, DC 20024** | | **EIDL Loan** | | | | **$683,386.93** |
| **U.S. Small Business Association SBA Administrator Isabella Casillas Guzman 409 3rd St SW Washington, DC 20024** | | **SBA Disaster Loan** | | | | **$37,462.00** |

**Fill in this information to identify the case:**

Debtor name    *Spinnaker Vero, Inc.*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................   $   0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................   $   377,280.71

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................   $   377,280.71

| Part 2: | Summary of Liabilities |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   4,252,312.12

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $   0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$   1,140,660.08

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                                                                                                   $   5,392,972.20

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong><em>Spinnaker Vero, Inc.</em></strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.

   ■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. ***Bank of America*** | ***Checking*** | ***4934*** | ***$377.29*** |
| 3.2. ***Marine Bank & Trust*** | ***Checking*** | ***8758*** | ***$7,356.40*** |
| 3.3. ***Newtek Bank*** | ***Checking*** | ***4236*** | ***$508.55*** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**            ***$8,242.24***

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.

   ☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor  **Spinnaker Vero, Inc.**                                    Case number *(If known)* _____
        Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  ___**35,758.79**___ - ___**261.32**___ = .... ___**$35,497.47**___
                           face amount              doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                          | **$35,497.47** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** *Inventory on hand is typically minimal and fluctuates daily.* | | *Unknown* | *Liquidation* | *Unknown* |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**                                                          | **$0.00** |

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Spinnaker Vero, Inc.**                                    Case number *(If known)* _____
                  Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Chairs-27**<br>**Tables**<br>**Filing Cabinets-16**<br>**Carts-9**<br>**Scale-3**<br>**Slat Wall-5**<br>**2 Wheeler/Dollie-4**<br>**Pallet Jack-2**<br>**Shelving wire-20**<br>**Desks-6**<br>**Central Vac**<br>**Vacuum**<br>**Colex Cutter**<br>**Squeegee**<br>**Heidelberg Cutter**<br>**Paper Jogger 2**<br>**Padding Wagon 4**<br>**Stahl Folder**<br>**Scoring Machine**<br>**Shrink Wrap Machine**<br>**Round Corner Machine**<br>**3 Hold Drill**<br>**UV Coder**<br>**Heidelberg Die Cutter**<br>**8 Head Embroidery Machine**<br>**1 Head Embroidery Machine**<br>**ROQ Screen Press**<br>**Dryer**<br>**Manual Press**<br>**Epson Sublimation Printer**<br>**Sublimation Press -2**<br>**Mug Press**<br>**Hat Press**<br>**Compressor-2**<br>**Shredding Machine**<br>**Spiral Punch**<br>**Tape Machine -2**<br>**Booklet Maker/Saddle Stitch**<br>**Densometer**<br>**Cashbox and Safe**<br>**Time Clock**<br>**Lockers**<br>**French Door Refrigerator**<br>**Microwave**<br>**Coffee Maker**<br>**Candy Machine**<br>**Soda Machine** | $0.00 | *Liquidation* | $3,004.00 |

Debtor   **Spinnaker Vero, Inc.**                                      Case number *(If known)* _____
              Name

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**
      *PC - 12*
      *Mac Computers-4*
      *Printers-8*
      *TV's-3*
      *Appeal Display*
      *Promotional Display*
      *Server*
      *Canon V800*
      *Canon V800*
      *Canon 710*
      *Canon  710*
      *Canon 810*
      *Canon 58501*
      *Canon C68701*
      *Canon C57501*
      *Canon Arizona*
      *I Jet Envelope Printer*
      *Canon Blue Print Machine*                              **$0.00**                                    **$226,477.00**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                       **$229,481.00**
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2022 Dodge Ram**<br>**VIN: ZFBHRFAB3N6Y65046**<br>**Mileage 24,000** | **Unknown** | **Liquidation** | **$21,980.00** |
| 47.2.   **2019 Ford F150**<br>**VIN: 1FTMF1CB9KKC05505**<br>**Mileage: 110,000** | **Unknown** | **Liquidation** | **$10,540.00** |

Debtor   **Spinnaker Vero, Inc.**
 Name

Case number *(If known)* _____

| | | | | | |
|---|---|---|---|---|---|
| 47.3. | **2022 Dodge Ram** **VIN: ZFBHRFAB7N6W48244** **Mileage: 32,000** | | *Unknown* | *Liquidation* | *$19,450.00* |
| 47.4. | **2025 Ford F350** **VIN: 1FDWE3FN3SDD08898** **Mileage 8,200** | | *Unknown* | *Liquidation* | *$49,090.00* |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
 **Forklift**
 **Scissor Lift-1**                         *Unknown*      *Liquidation*                         *$3,000.00*

51. **Total of Part 8.**                                                              $104,060.00

 Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

 ☐ No.  Go to Part 10.
 ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **983 12th Street, Vero Beach, FL 32960. This property is leased.** | *Lease* | *Unknown* | *Liquidation* | *$0.00* |

56. **Total of Part 9.**                                                              *$0.00*

 Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
 Copy the total to line 88.

Debtor    **_Spinnaker Vero, Inc._**_____        Case number *(If known)* _____
          Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** _Minuteman Press International Franchise_ | _$0.00_ | _Liquidation_ | _Unknown_ |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.    **Total of Part 10.**                                                    _$0.00_

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 6

Debtor    **Spinnaker Vero, Inc.**                                    Case number *(If known)* _____
Name

Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

   ***National Capital Negotiators Inc - Possible Claim***                              ***Unknown***

   | Nature of claim | ***Breach of Contract*** |
   | Amount requested | ***$0.00*** |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                              ***$0.00***

   Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor    **Spinnaker Vero, Inc.**                                    Case number *(If known)* _____
          Name

Part 12:        **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,242.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $35,497.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $229,481.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $104,060.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $377,280.71 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $377,280.71 |

**Fill in this information to identify the case:**

Debtor name    *Spinnaker Vero, Inc.*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Canon Financial Services, LLC**<br>Creditor's Name<br>**PO Box 4004**<br>**Carol Stream, IL 60197-4004**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>*Canon C270* | **$73,075.00** | **$0.00** |

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

*sosack@uccdirect.com*
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0832**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | | | |
|---|---|---|---|
| **2.2** **Canon Financial Services, LLC**<br>Creditor's Name<br>**PO Box 4004**<br>**Carol Stream, IL 60197-4004**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>*Canon C710* | **$35,860.00** | **$0.00** |

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

*flsosuccfilingsv3@csglobal.com*
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0831**

Debtor  **Spinnaker Vero, Inc.**
Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Canon Financial Services, LLC** | | |
|---|---|---|---|

Creditor's Name

**PO Box 4004
Carol Stream, IL
60197-4004**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Canon C265 and Canon TX4100MFP236 Multifunction system**

**$128,800.00**   **$0.00**

**Describe the lien**

**flsosuccfilingsv3@csglobal.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0833**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Capital Infusion Direct, LLC** | | |
|---|---|---|---|

Creditor's Name

**1111 Brickell Ave, Suite 2150
Miami, FL 33131**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All business assets.**

**$38,249.37**   **$0.00**

**Describe the lien**

**legaldocs@dfogelpc.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.5 | **First Citizens Bank & Trust Company** | | |
|---|---|---|---|

Creditor's Name

**21146 NETWORK PLACE
Chicago, IL 60673**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**097-0198422-000
PrintEqp-Other**

**Unknown**   **$0.00**

**Describe the lien**

Debtor   **Spinnaker Vero, Inc.**                                Case number (if known) _____
            Name

**ctlsweback@wolterskluwer
.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
3235**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **First Citizens Bank & Trust Company** | **Describe debtor's property that is subject to a lien** | $17,572.06 | $0.00 |

Creditor's Name

**900-0326736-000
CANON COPIER
S/N 3EL02304
IMAGEPRESS C710**

**21146 NETWORK PLACE
Chicago, IL 60673**

Creditor's mailing address

**Describe the lien**

**service@firstcitizens.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
3235**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **First Citizens Bank & Trust Company** | **Describe debtor's property that is subject to a lien** | $20,384.00 | $0.00 |

Creditor's Name

**Canon Copier SN 38C01813 DX C58601,
Canon Copier SN 2XW01079**

**21146 NETWORK PLACE
Chicago, IL 60673**

Creditor's mailing address

**Describe the lien**

**service@firstcitizens.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Spinnaker Vero, Inc.**                                          Case number (if known) _____
        Name

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | **$50,787.77** | **$49,090.00** |
|---|---|---|---|---|

Creditor's Name

**Po Box 650575**
**Dallas, TX 75265-0575**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2254**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2025 Ford F350**
**VIN: 1FDWE3FN3SDD08898**
**Mileage 8,200**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Forward Financing** | **Describe debtor's property that is subject to a lien** | **$10,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Mikayla Campbell**
**53 State Street**
**20th Floor**
**Boston, MA 02109**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All business assets**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.10 | **GreatAmerica Financial Services Corporat** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**625 First Street S.E.**
**Cedar Rapids, IA 52401**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Canon V800**

**Describe the lien**

---

Debtor    **Spinnaker Vero, Inc.**
_____
Name

Case number (if known) _____

rarmentrout@nyemaster.com

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.11**

**Itria Ventures LLC**

Creditor's Name

**1 Penn Plaza, Suite 4915 New York, NY 10119**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All business assets**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

$90,775.00          $0.00

---

**2.12**

**Kapitus Funding**

Creditor's Name

**2500 Wilson Boulevard, Suite 350 Arlington, VA 22201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3971,3301**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All business assets**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$142,512.50          $0.00

---

Debtor __Spinnaker Vero, Inc._____     Case number (if known) _____
         Name

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

---

| 2.1 3 | **Leaf Capital Funding** | | | |
|---|---|---|---|---|

**Leaf Capital Funding**
Creditor's Name

**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

**uccfilingreturn@wolterskluwer.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7009**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
_Screen printing equipment_

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**$186,165.70**         **$0.00**

---

| 2.1 4 | **Leaf Capital Funding** | | | |
|---|---|---|---|---|

**Leaf Capital Funding**
Creditor's Name

**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

**uccfilingreturn@wolterskluwer.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7007**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
_Embroidery Machine_

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Unknown**         **$0.00**

---

| 2.1 5 | **Leaf Capital Funding** | | | |
|---|---|---|---|---|

**Leaf Capital Funding**
Creditor's Name

**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
_HP 1175 Pro all in one printer_

**Describe the lien**

**Unknown**         **$0.00**

---

Debtor   **Spinnaker Vero, Inc.** _____   Case number (if known) _____
Name

uccfilingreturn@woltersklu
wer.com
_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7006**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.16**

**Leaf Capital Funding**
Creditor's Name

**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

uccfilingreturn@woltersklu
wer.com
_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**High speed cutter POLAR N78 PLUS**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

*Unknown*          *$0.00*

---

**2.17**

**Leaf Capital Funding**
Creditor's Name

**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

uccfilingreturn@woltersklu
wer.com
_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7002**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Cannon Image runner Advance DX 69701 System SN:3ME00760**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

*$58,000.00*          *$0.00*

---

Debtor  **Spinnaker Vero, Inc.**
Name

Case number (if known) _____

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18** | **Leaf Capital Funding, LLC**
Creditor's Name

**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Dodge Ram**
**VIN: ZFBHRFAB7N6W48244**
**Mileage: 32,000**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,953.76 | $19,450.00

---

**2.19** | **Loan Builder, a Paypal Service**
Creditor's Name

**c/o Bill Me Later, Inc**
**2211 North First Street**
**San Jose, CA 95131**
Creditor's mailing address

**customerservice@loanbuilder.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All business assets**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

$106,246.88 | $0.00

---

**2.20** | **Newtek Small Business Finance, Inc.**
Creditor's Name

**1981 Marcus Avencue, Suite 130**
**New Hyde Park, NY 11042**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All business assets**

**Describe the lien**

$2,920,328.60 | $0.00

---

Debtor **Spinnaker Vero, Inc.**                                                  Case number (if known) _____
          Name

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
*12/30/2019*
**Last 4 digits of account number**
*6287*

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.21 | **On Deck Capital, LLC** | | $57,964.36 | $0.00 |

Creditor's Name
*4700 W. Daybreak Pkwy., Ste. 200*
*South Jordan, UT 84009*
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
*All business assets*

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*4539*

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.22 | **Paypal Working Capital** | | $49,000.00 | $0.00 |

Creditor's Name
*2211 N 1st St*
*Ragland, AL 35131*
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
*All business assets*

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Spinnaker Vero, Inc.**                                           Case number (if known) _____
_____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| | | | |
|---|---|---|---|
| 2.2 3 | **PEAC Solutions** | | $10,822.50 | $0.00 |

Creditor's Name

**P.O. Box 13604**
**Philadelphia, PA 19101**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9001**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Canon V800 4VA00566**

**Describe the lien**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.2 4 | **Rapid Financial Services, LLC** | | $138,000.00 | $0.00 |

Creditor's Name

**4500 East West Highway,**
**6th Floor**
**Bethesda, MD 20814**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2691**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All business assets**

**Describe the lien**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| | | | |
|---|---|---|---|
| 2.2 5 | **Stellantis Financial Services** | | $24,746.08 | $21,980.00 |

Creditor's Name

**PO Box 205749**
**Dallas, TX 75320**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Dodge Ram**
**VIN: ZFBHRFAB3N6Y65046**
**Mileage 24,000**

**Describe the lien**

---

Debtor    **Spinnaker Vero, Inc.**
_____    Case number (if known) _____
Name

compliance@stellantis-fs.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.26 | **TD Auto Finance** | | $8,076.68 | $10,540.00 |

Creditor's Name

**P.O. Box 100295**
**Columbia, SC 29202**

Creditor's mailing address

tdautofinance.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number** **1857**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 Ford F150**
**VIN: 1FTMF1CB9KKC05505**
**Mileage: 110,000**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.27 | **Verdant Commercial Capital** | | **Unknown** | $0.00 |

Creditor's Name

**P.O. Box 207202**
**Dallas, TX 75320**

Creditor's mailing address

servicingteam@accountservicing.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number** **2003**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Canon V800 and booklet finisher**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Spinnaker Vero, Inc.**                                    Case number (if known) _____
         Name

☐ Contingent
☑ No                        ☐ Unliquidated
☐ Yes. Specify each creditor,  ☐ Disputed
including this creditor and its relative
priority.

_____

| 2.28 | **Verdant Commercial Capital** | **Describe debtor's property that is subject to a lien** | $11,248.30 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Canon V800 with panel set**

**P.O. Box 207202**
**Dallas, TX 75320**
Creditor's mailing address

_____

**Describe the lien**

**servicingteam@accountservicing.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2002**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.29 | **Verdant Commercial Capital** | **Describe debtor's property that is subject to a lien** | $7,708.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Canon imagepress C810 server**

**P.O. Box 207202**
**Dallas, TX 75320**
Creditor's mailing address

_____

**Describe the lien**

**servicingteam@accountservicing.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.30 | **Wells Fargo Financial Leasing Inc** | **Describe debtor's property that is subject to a lien** | $24,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Canon Production Cut-Sheet imagePRESS V800 4VA00556**

**PO Box 77096**
**Minneapolis, MN 55480**
Creditor's mailing address

**Describe the lien**

Debtor **Spinnaker Vero, Inc.**
Name

Case number (if known) _____

---

wfef@wellsfargo.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
*0000*

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.31** **Wells Fargo Financial Leasing Inc**

Creditor's Name

**PO Box 77096**
**Minneapolis, MN 55480**

Creditor's mailing address

wfef@wellsfargo.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
*0000*

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Canon Production Cut-Sheet imagePRESS Lite C265 35Q02010**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$18,575.50        $0.00

---

**2.32** **Wells Fargo Financial Leasing Inc**

Creditor's Name

**PO Box 77096**
**Minneapolis, MN 55480**

Creditor's mailing address

wfef@wellsfargo.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
*0000*

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Canon Production Cut-Sheet Colex SX1732 6003024**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$21,459.56        $0.00

---

Debtor **_Spinnaker Vero, Inc._**
Name

Case number (if known) _____

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $4,252,312.12 |
|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **_Accelerated Business Solutions_** **_2991 Center Port Circle_** **_Pompano Beach, FL 33064_** | Line **_2.1_** | |
| **_Accelerated Business Solutions_** **_2991 Center Port Circle_** **_Pompano Beach, FL 33064_** | Line **_2.2_** | |
| **_Accelerated Business Solutions_** **_2991 Center Port Circle_** **_Pompano Beach, FL 33064_** | Line **_2.3_** | |
| **_Accelerated Business Solutions_** **_2991 Center Port Circle_** **_Pompano Beach, FL 33064_** | Line **_2.10_** | |
| **_Advanced Recovery Group_** **_30 Two Bridges Rd Suite 100_** **_Fairfield, NJ 07004_** | Line **_2.9_** | |
| **_Canon Financial Services, LLC_** **_PO Box 4004_** **_Carol Stream, IL 60197-4004_** | Line **_2.10_** | |
| **_David Fogel P.C._** **_1225 Franklin Avenue, Suite 522_** **_Garden City, NY 11530_** | Line **_2.4_** | |
| **_Garibian Law Offices, P.C._** **_18 East 41st street, 6th floor_** **_New York, NY 10017_** | Line **_2.4_** | |
| **_Loan Builder_** **_3505 Silverside Road_** **_Wilmington, DE 19810_** | Line **_2.19_** | |
| **_Nhon H. Nguyen, Esq._** **_2201 Libbie Ave_** **_Richmond, VA 23230_** | Line **_2.12_** | |
| **_Randall Armentrout_** **_700 Walnut Street, Suite 1300_** **_Des Moines, IA 50309_** | Line **_2.10_** | |

Debtor   **Spinnaker Vero, Inc.**                                       Case number (if known) _____
_____
Name

**Shipwash Law Firm**                                                  Line __2.11__
**225 S. Swoope Ave, Suite 110**
**Maitland, FL 32751**

**U.S. Attorney General**                                              Line __2.20__
**950 Pennsylvania Ave NW**
**Washington, DC 20530**

**U.S. Attorney's Office for S. FL Dist.**                             Line __2.20__
**Attn: Civil Processing Clerk**
**99 N.E. 4th Street**
**Miami, FL 33132**

**U.S. Small Business Administration**                                 Line __2.20__
**51 S.W. 1st Avenue, Suite 201**
**Miami, FL 33130**

**U.S. Small Business Association**                                    Line __2.20__
**SBA Administrator**
**Isabella Casillas Guzman**
**409 3rd St SW**
**Washington, DC 20024**

**Fill in this information to identify the case:**

Debtor name  **Spinnaker Vero, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,816.53** |
|---|---|---|
| **Accelerated Business Solutions**<br>**2991 Center Port Circle**<br>**Pompano Beach, FL 33064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number  **IN03** | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.69** |
|---|---|---|
| **American Express**<br>**P.O. Box 6031**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Credit Card** | |
| Last 4 digits of account number  **1007** | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,670.67** |
|---|---|---|
| **American Express**<br>**P.O. Box 6031**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Credit Card** | |
| Last 4 digits of account number  **1006** | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,925.72** |
|---|---|---|
| **American Express**<br>**P.O. Box 6031**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Credit Card** | |
| Last 4 digits of account number  **1008** | Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor   **Spinnaker Vero, Inc.**                                    Case number (if known)   _____
         Name

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,641.58** |

**American Express**
**P.O. Box 6031**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit Card_

**Last 4 digits of account number** _6001_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66,737.36** |

**B.W. Wilson**
**2501 Brittons Hill Road**
**Richmond, VA 23230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _1307_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55,801.77** |

**Bank of America**
**PO BOX 15796**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Line of Credit_

**Last 4 digits of account number** _9389_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,602.46** |

**Bank of America, N.A.**
**P.O. Box 660441**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit Card_

**Last 4 digits of account number** _1904_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,952.80** |

**Capital One**
**PO Box 60519**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit Card_

**Last 4 digits of account number** _3973_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,747.89** |

**Chase**
**P.O. BOX 15123**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit Card_

**Last 4 digits of account number** _4788_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,288.91** |

**Chase**
**PO Box 15123**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit Card_

**Last 4 digits of account number** _9968_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Spinnaker Vero, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Geoff Krysl**
**707 Shore Drive**
**Vero Beach, FL 32963**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **_Loan_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,965.19** |
|---|---|---|---|

**Gold Coast Federal Credit Union**
**Elan Financial Services**
**P.O. Box 790408**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **_8004_**

**Basis for the claim:** **_Credit Card_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,118.54** |
|---|---|---|---|

**Home Depot Credit Services**
**P.O. Box 658226**
**Dallas, TX 75265-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **_5999_**

**Basis for the claim:** **_Credit Card_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,970.00** |
|---|---|---|---|

**Jones Foster**
**4741 Military Trail**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **_Services rendered_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,012.36** |
|---|---|---|---|

**Lindenmeyer**
**3 Manhattanville Road**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **_9313_**

**Basis for the claim:** **_Vendor_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **_Unknown_** |
|---|---|---|---|

**National Capital Negotiators Inc**
**1501 Corporate Dr. Suite 100**
**Boynton Beach, FL 33426**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **_Debt Settlement. Notice Only_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,933.68** |
|---|---|---|---|

**Printware**
**2935 Waters Rd., Suite 200**
**Saint Paul, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **_9332_**

**Basis for the claim:** **_Vendor_**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Spinnaker Vero, Inc.* | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$683,386.93**

**U.S. Small Business Association**
**SBA Administrator**
**Isabella Casillas Guzman**
**409 3rd St SW**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  *EIDL Loan*

**Last 4 digits of account number  8204**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,462.00**

**U.S. Small Business Association**
**SBA Administrator**
**Isabella Casillas Guzman**
**409 3rd St SW**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  *SBA Disaster Loan*

**Last 4 digits of account number  9105**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *Credit Control LLC*<br>*3300 Rider Trail S., Suite 500*<br>*Earth City, MO 63045* | Line  *3.8*<br>☐ Not listed. Explain ____ | _ |
| 4.2 | *U.S. Attorney General*<br>*950 Pennsylvania Ave NW*<br>*Washington, DC 20530* | Line  *3.19*<br>☐ Not listed. Explain ____ | _ |
| 4.3 | *U.S. Attorney General*<br>*950 Pennsylvania Ave NW*<br>*Washington, DC 20530* | Line  *3.20*<br>☐ Not listed. Explain ____ | _ |
| 4.4 | *U.S. Attorney's Office for the Southern District of Florida*<br>*Attn: Civil Processing Clerk*<br>*99 N.E. 4th Street*<br>*Miami, FL 33132* | Line  *3.19*<br>☐ Not listed. Explain ____ | _ |
| 4.5 | *U.S. Attorney's Office for the Southern District of Florida*<br>*Attn: Civil Processing Clerk*<br>*99 N.E. 4th Street*<br>*Miami, FL 33132* | Line  *3.20*<br>☐ Not listed. Explain ____ | _ |
| 4.6 | *U.S. Small Business Administration*<br>*51 S.W. 1st Avenue, Suite 201*<br>*Miami, FL 33130* | Line  *3.19*<br>☐ Not listed. Explain ____ | _ |
| 4.7 | *U.S. Small Business Administration*<br>*51 S.W. 1st Avenue, Suite 201*<br>*Miami, FL 33130* | Line  *3.20*<br>☐ Not listed. Explain ____ | _ |

Debtor    **Spinnaker Vero, Inc.**                                         Case number (if known) _____
          Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b. + | $  1,140,660.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  1,140,660.08 |

**Fill in this information to identify the case:**

Debtor name   *Spinnaker Vero, Inc.*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | *Canon C270* | |
| | State the term remaining | | *Canon Financial Services, LLC* |
| | List the contract number of any government contract | _____ | *PO Box 4004* *Carol Stream, IL 60197-4004* |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | *Canon C710* | |
| | State the term remaining | | *Canon Financial Services, LLC* |
| | List the contract number of any government contract | _____ | *PO Box 4004* *Carol Stream, IL 60197-4004* |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | *Canon C265 and Canon TX4100MFP236 Multifunction system* | |
| | State the term remaining | | *Canon Financial Services, LLC* |
| | List the contract number of any government contract | _____ | *PO Box 4004* *Carol Stream, IL 60197-4004* |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | *097-0198422-000 PrintEqp-Other* | |
| | State the term remaining | | *First Citizens Bank & Trust Company* |
| | List the contract number of any government contract | _____ | *21146 NETWORK PLACE* *Chicago, IL 60673* |

Debtor 1   **Spinnaker Vero, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*) _____

## ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>*900-0326736-000 CANON COPIER S/N 3EL02304 IMAGEPRESS C710* | **First Citizens Bank & Trust Company**<br>**21146 NETWORK PLACE**<br>**Chicago, IL 60673** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>*Canon V800* | **GreatAmerica Financial Services Corporat**<br>**625 First Street S.E.**<br>**Cedar Rapids, IA 52401** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>*Cannon Image runner Advance DX 69701 System SN:3ME00760* | **Leaf Capital Funding**<br>**2005 Market Street, 14th Floor**<br>**Philadelphia, PA 19103** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>*Embroidery Machine* | **Leaf Commercial Capital**<br>**2005 Market Street, 14th Floor**<br>**Philadelphia, PA 19103** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>*Screen Printing Equipment* | **Leaf Commercial Capital**<br>**2005 Market Street, 14th Floor**<br>**Philadelphia, PA 19103** |

Debtor 1    **Spinnaker Vero, Inc.**                                          Case number *(if known)* _____

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

*HP 1175 Pro all in one printer*

State the term remaining

List the contract number of any government contract

*Leaf Commercial Capital*
*2005 Market Street, 14th Floor*
*Philadelphia, PA 19103*

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

*High speed cutter POLAR N78 PLUS*

State the term remaining

List the contract number of any government contract

*Leaf Commercial Capital*
*2005 Market Street, 14th Floor*
*Philadelphia, PA 19103*

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

*Canon V800 4VA00566*

State the term remaining

List the contract number of any government contract

*PEAC Solutions*
*P.O. Box 13604*
*Philadelphia, PA 19101*

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

*Busines lease for property located at 983 12TH ST, Vero Beach, FL 32960*

State the term remaining

List the contract number of any government contract

*Spinnaker 12th St LLC*
*983 12th St*
*Vero Beach, FL 32960*

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

*Canon V800 and booklet finisher*

State the term remaining

List the contract number of any government contract

*Verdant Commercial Capital*
*P.O. Box 207202*
*Dallas, TX 75320*

---

Debtor 1    **Spinnaker Vero, Inc.**
     First Name        Middle Name        Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

**Canon V800 with panel set**

State the term remaining

List the contract number of any government contract

**Verdant Commercial Capital**
**P.O. Box 207202**
**Dallas, TX 75320**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Canon imagepress C810 server**

State the term remaining

List the contract number of any government contract

**Verdant Commercial Capital**
**P.O. Box 207202**
**Dallas, TX 75320**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Canon Production Cut-Sheet-imagePRESS V800 4VA00556**

State the term remaining

List the contract number of any government contract

**Wells Fargo Financial Leasing Inc**
**PO Box 77096**
**Minneapolis, MN 55480**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Canon Production Cut-Sheet imagePRESS Lite C265 35Q02010**

State the term remaining

List the contract number of any government contract

**Wells Fargo Financial Leasing Inc**
**PO Box 77096**
**Minneapolis, MN 55480**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Canon Production Cut-Sheet Colex SX1732 6003024**

State the term remaining

List the contract number of any government contract

**Wells Fargo Financial Leasing Inc**
**PO Box 77096**
**Minneapolis, MN 55480**

---

**Fill in this information to identify the case:**

Debtor name  *Spinnaker Vero, Inc.*

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | *Carlene Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Newtek Small Business Finance, Inc.* | ■ D  *2.20*<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | *Carlene Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Canon Financial Services, LLC* | ■ D  *2.2*<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | *Carlene Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Itria Ventures LLC* | ■ D  *2.11*<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | *Carlene Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Bank of America, N.A.* | ☐ D _____<br>■ E/F  *3.8*<br>☐ G _____ |
| 2.5 | *Steven Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Newtek Small Business Finance, Inc.* | ■ D  *2.20*<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Spinnaker Vero, Inc.**                                   Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.6 | **Steven Brunk** | **6515 7th Manor**<br>**Vero Beach, FL 32960** | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.7 | **Steven Brunk** | **6515 7th Manor**<br>**Vero Beach, FL 32960** | **American Express** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.8 | **Steven Brunk** | **6515 7th Manor**<br>**Vero Beach, FL 32960** | **American Express** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.9 | **Steven Brunk** | **6515 7th Manor**<br>**Vero Beach, FL 32960** | **American Express** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.10 | **Steven Brunk** | **6515 7th Manor**<br>**Vero Beach, FL 32960** | **Capital Infusion Direct, LLC** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Steven Brunk** | **6515 7th Manor**<br>**Vero Beach, FL 32960** | **Chase** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.12 | **Steven Brunk** | **6515 7th Manor**<br>**Vero Beach, FL 32960** | **Chase** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.13 | **Steven Brunk** | **6515 7th Manor**<br>**Vero Beach, FL 32960** | **Capital One** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |

---

Debtor **Spinnaker Vero, Inc.**     Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 *Steven Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Home Depot Credit Services* | ☐ D _____<br>■ E/F ___**3.14**___<br>☐ G _____ |
| 2.15 *Steven Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Itria Ventures LLC* | ■ D ___**2.11**___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 *Steven Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Kapitus Funding* | ■ D ___**2.12**___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 *Steven Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Loan Builder, a Paypal Service* | ■ D ___**2.19**___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 *Steven Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Rapid Financial Services, LLC* | ■ D ___**2.24**___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 *Steven Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *TD Auto Finance* | ■ D ___**2.26**___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 *Steven Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Forward Financing* | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 *Steven Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *On Deck Capital, LLC* | ■ D ___**2.21**___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Spinnaker Vero, Inc.**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.22  **Steven Brunk**        **6515 7th Manor**           **Paypal Working**        ■ D ___2.22___
                              **Vero Beach, FL 32960**      **Capital**              ☐ E/F _____
                                                                                    ☐ G _____

**Fill in this information to identify the case:**

Debtor name  ***Spinnaker Vero, Inc.***

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | ***From the beginning of the fiscal year to filing date:*** From  ***1/01/2026*** to ***Filing Date*** | ■ Operating a business<br>☐ Other _____ | ***$733,343.31*** |
   | ***For prior year:*** From  ***1/01/2025*** to ***12/31/2025*** | ■ Operating a business<br>☐ Other _____ | ***$2,298,690.13*** |
   | ***For year before that:*** From  ***1/01/2024*** to ***12/31/2024*** | ■ Operating a business<br>☐ Other _____ | ***$2,231,590.88*** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   | --- | --- | --- | --- |

Debtor  **Spinnaker Vero, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Steven Brunk**<br>**6515 7th Manor**<br>**Vero Beach, FL 32960** | **Various** | **$121,067.52** | **Distributions** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Capital Infusion LLC vs. Spinnaker Vero, Inc et al.**<br>**E2026000604** | **Breach of Contract** | **Monroe County Supreme Court**<br>**99 Exchange Blvd #545**<br>**Rochester, NY 14614** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Itria Ventures, LLC vs. Spinnaker Vero Inc., et al**<br>**2025-CA000999** | **Civil** | **Indian River County Courthouse**<br>**2000 16th Ave**<br>**Vero Beach, FL 32960** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Spinnaker Vero, Inc.**                                          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Kapitus Servicing Inc. vs. Spinnaker Vero, Inc, et al.**<br>**CL26002161-00** | **Civil** | **Richmond City Circuit**<br>**400 N. Ninth Street**<br>**Richmond, VA 23219** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **GreatAmerica Financial Services Corporation vs. Spinnaker Vero, Inc., et al.**<br>**LACV109834** | **Civil** | **Linn County District Court**<br>**51 3rd Avenue**<br>**Cedar Rapids, IA 52401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor   *Spinnaker Vero, Inc.*                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. *Kelley Kaplan Delaney & Eller, PLLC* *1665 Palm Beach Lakes Blvd* *The Forum - Suite 1000* *West Palm Beach, FL 33401* | *Attorney Fees* | *Various* | *$25,000.00* |
| **Email or website address** *dana@kelleylawoffice.com* | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. *National Capital Negotiators Inc* *1501 Corporate Dr. Suite 100* *Boynton Beach, FL 33426* | *Debt Settlement* | *Various* | *$67,805.80* |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | *Spinnaker Vero, Inc.* | Case number *(if known)* |
|---|---|---|

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| *ADP* | EIN: |

Has the plan been terminated?

■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | *Marine Bank & Trust*<br>*1450 US Highway One*<br>*Vero Beach, FL 32960* | XXXX-*4901* | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *12/18/25* | *$1,000.00* |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    *Spinnaker Vero, Inc.*                              Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■    No.
☐    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■    No.
☐    Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

■    No.
☐    Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25.    **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    *Spinnaker Vero, Inc.*

Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   *Stephanie Freetly, CPA*<br>*2800 Ocean Drive*<br>*Vero Beach, FL 32963* | *2022-present* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Steven Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *President* | *50* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Carlene Brunk* | *6515 7th Manor*<br>*Vero Beach, FL 32960* | *Secretary/Treasurer* | *50* |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

Debtor     **Spinnaker Vero, Inc.**                                    Case number *(if known)* _____

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐   No
    ■   Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. *See SOFA #4* | | | |
| **Relationship to debtor** | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■   No
    ☐   Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■   No
    ☐   Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

Debtor    **Spinnaker Vero, Inc.**                                            Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May 28, 2026**

**/s/ Steven Brunk**                                       **Steven Brunk**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

# United States Bankruptcy Court
## Southern District of Florida

In re    **Spinnaker Vero, Inc.**                                    Case No. _____

Debtor(s)                     Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carlene Brunk** <br> **6515 7th Manor** <br> **Vero Beach, FL 32960** | | | **50%** |
| **Steven Brunk** <br> **6515 7th Manor** <br> **Vero Beach, FL 32960** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 28, 2026**                    Signature    **/s/ Steven Brunk**

**Steven Brunk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re  __*Spinnaker Vero, Inc.*_____

Debtor(s)

Case No. _____

Chapter  __*11*_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __*May 28, 2026*_____

__*/s/ Steven Brunk*_____
__*Steven Brunk*__/__*President*__
Signer/Title

Accelerated Business Solutions
2991 Center Port Circle
Pompano Beach, FL 33064


Advanced Recovery Group
30 Two Bridges Rd Suite 100
Fairfield, NJ 07004


American Express
P.O. Box 6031
Carol Stream, IL 60197


B.W. Wilson
2501 Brittons Hill Road
Richmond, VA 23230


Bank of America
PO BOX 15796
Wilmington, DE 19886


Bank of America, N.A.
P.O. Box 660441
Dallas, TX 75266


Canon Financial Services, LLC
PO Box 4004
Carol Stream, IL 60197-4004


Capital Infusion Direct, LLC
1111 Brickell Ave, Suite 2150
Miami, FL 33131


Capital One
PO Box 60519
City of Industry, CA 91716


Carlene Brunk
6515 7th Manor
Vero Beach, FL 32960


Chase
P.O. BOX 15123
Wilmington, DE 19850

Chase
PO Box 15123
Wilmington, DE 19850


Credit Control LLC
3300 Rider Trail S., Suite 500
Earth City, MO 63045


David Fogel P.C.
1225 Franklin Avenue, Suite 522
Garden City, NY 11530


First Citizens Bank & Trust Company
21146 NETWORK PLACE
Chicago, IL 60673


Ford Credit
Po Box 650575
Dallas, TX 75265-0575


Forward Financing
Attn: Mikayla Campbell
53 State Street
20th Floor
Boston, MA 02109


Garibian Law Offices, P.C.
18 East 41st street, 6th floor
New York, NY 10017


Geoff Krysl
707 Shore Drive
Vero Beach, FL 32963


Gold Coast Federal Credit Union
Elan Financial Services
P.O. Box 790408
Saint Louis, MO 63179


GreatAmerica Financial Services Corporat
625 First Street S.E.
Cedar Rapids, IA 52401

Home Depot Credit Services
P.O. Box 658226
Dallas, TX 75265-3000


Itria Ventures LLC
1 Penn Plaza, Suite 4915
New York, NY 10119


Jones Foster
4741 Military Trail
Jupiter, FL 33458


Kapitus Funding
2500 Wilson Boulevard, Suite 350
Arlington, VA 22201


Leaf Capital Funding
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Leaf Capital Funding, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Leaf Commercial Capital
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Lindenmeyer
3 Manhattanville Road
Purchase, NY 10577


Loan Builder
3505 Silverside Road
Wilmington, DE 19810


Loan Builder, a Paypal Service
c/o Bill Me Later, Inc
2211 North First Street
San Jose, CA 95131

National Capital Negotiators Inc
1501 Corporate Dr. Suite 100
Boynton Beach, FL 33426


Newtek Small Business Finance, Inc.
1981 Marcus Avencue, Suite 130
New Hyde Park, NY 11042


Nhon H. Nguyen, Esq.
2201 Libbie Ave
Richmond, VA 23230


On Deck Capital, LLC
4700 W. Daybreak Pkwy., Ste. 200
South Jordan, UT 84009


Paypal Working Capital
2211 N 1st St
Ragland, AL 35131


PEAC Solutions
P.O. Box 13604
Philadelphia, PA 19101


Printware
2935 Waters Rd., Suite 200
Saint Paul, MN 55121


Randall Armentrout
700 Walnut Street, Suite 1300
Des Moines, IA 50309


Rapid Financial Services, LLC
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Shipwash Law Firm
225 S. Swoope Ave, Suite 110
Maitland, FL 32751


Spinnaker 12th St LLC
983 12th St
Vero Beach, FL 32960

Stellantis Financial Services
PO Box 205749
Dallas, TX 75320


Steven Brunk
6515 7th Manor
Vero Beach, FL 32960


TD Auto Finance
P.O. Box 100295
Columbia, SC 29202


U.S. Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530


U.S. Attorney's Office for S. FL Dist.
Attn: Civil Processing Clerk
99 N.E. 4th Street
Miami, FL 33132


U.S. Attorney's Office for the Southern
District of Florida
Attn: Civil Processing Clerk
99 N.E. 4th Street
Miami, FL 33132


U.S. Small Business Administration
51 S.W. 1st Avenue, Suite 201
Miami, FL 33130


U.S. Small Business Association
SBA Administrator
Isabella Casillas Guzman
409 3rd St SW
Washington, DC 20024


Verdant Commercial Capital
P.O. Box 207202
Dallas, TX 75320


Wells Fargo Financial Leasing Inc
PO Box 77096
Minneapolis, MN 55480